448 A.2d 1144

Commonwealth v. Botzum, Appellant.
Petition for Allowance of Appeal Denied Oct. 13, 1982.

Submitted March 3, 1982. Richard J. Gray, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.

448 A.2d 1144

Commonwealth v. Cloud, Appellant.

Submitted May 11, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.